IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALVIN BURKE, )<br>a/k/a JIHAD ABDUL-LATEEF, )<br>    )<br>    Plaintiff, )<br>    )<br>vs. )<br>    )<br>SALVADORE GODINEZ, et al )<br>    )<br>    Defendants. )<br>    ) | CIVIL NO. 13-cv-711-GPM |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On August 14, 2013, Plaintiff was ordered to pay the full filing fee of $400.00 for this action no later than September 4, 2013 (Doc. 6). Plaintiff was clearly warned in that Order that failure to pay the full filing fee of $400.00 would result in dismissal of this case. The date to pay the full filing fee has passed, and Plaintiff has failed to do so. As a result, this action is **DISMISSED** without prejudice, for failure to comply with an Order of this Court. FED. R. CIV. P. 41(b). *See generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

This dismissal shall **NOT** count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $400 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

The Clerk's Office is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

DATED:  September 13, 2013

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge